

**BALTIMORE HOUSING**

SHEILA DIXON
Mayor

PAUL T. GRAZIANO
Executive Director, HABC
Commissioner, HCD

Housing Authority Contact Information:
Direct No.: 410-396-3345
Office No.: 410-396-6996
Fax No.: 410-545-7503
Jannai.Goslee@habc.org

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2007 AUG 17 P 1:59

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

August 17, 2007

The Honorable J. Frederick Motz
Judge, United States District Court for the District of Maryland
Edward Garmatz Federal Building
101 W. Lombard Street
Baltimore, MD 21201

The Honorable Susan K. Gauvey
Magistrate Judge, United States District Court for the District of Maryland
Edward Garmatz Federal Building
101 W. Lombard Street
Baltimore, MD 21201

Re:   *Rickey D. Bailey, et al. v. Housing Authority of Baltimore City, et al.*,
Civil Action No.: JFM 02-CV-225 and

*United States vs. Housing Authority of Baltimore City, et al.*,
Civil Action No.: JFM-04-CV-03107

Dear Judge Motz and Judge Gauvey:

Pursuant to the consent decree entered in the above-referenced cases, the parties are submitting the final determinations of Poorman Douglas Corporation, the Claims Administrator for the Victims Compensation Fund (the "Fund"), to the Court for approval. Poorman Douglas determined that a total of seven hundred and fifty-six (756) claimants (the "Eligible Claimants") should receive payment from the Fund.

The Fund consists of an interest-bearing account containing $1,000,000.00 that was set aside by the Housing Authority of Baltimore City after the consent decree became effective on December 20, 2004. The parties selected Poorman Douglas Corporation to administer the Fund in accordance with paragraphs 129-159 of the decree.

Enclosed is an affidavit from Julie Reddell, Account Executive for Poorman Douglas, outlining the steps Poorman Douglas took to administer the Fund. Attached to the affidavit are copies of the notice and claim form that were mailed to all reasonably identifiable potential claimants, a written copy of the voice recorded message that callers initially received if they contacted Poorman Douglas by phone and a frequently asked questions document used by Poorman Douglas employees to answer potential claimants' questions. Also attached to the affidavit is the list of the Eligible Claimants



whom Poorman Douglas determined should receive payment from the Fund and the reasons for the determinations.

The Housing Authority of Baltimore City, Maryland Disability Law Center, U.S. Department of Justice and Poorman Douglas convened by conference call as needed over the past year to approve any documents that were sent to potential claimants and make decisions on the administration of the claims process. The parties have reviewed the list of Eligible Claimants and there are no claims in dispute. In addition, the parties are in agreement that the Eligible Claimants determined by Poorman Douglas to receive payment from the Fund should receive an equal share of the Fund, which will consist of $1,322.75, plus a pro rata share of the accrued interest.

Upon approval from the Court of Poorman Douglas Corporation's final determinations, the Eligible Claimants approved for payment will be mailed a release form (Attachment O of the consent decree) that they must sign and return prior to receiving a check. The approved claimants will have an opportunity to attend a pro bono legal information session on how receipt of the money may affect their public benefits. We are extremely grateful to the University of Baltimore School of Law Civil Advocacy Clinic, whose faculty and students will be coordinating these informational sessions with the Maryland Disability Law Center. The Clinic is prepared to hold these sessions this fall if the Poorman Douglas determinations are approved by the Court. Because the Clinic must prepare for the sessions, it would be helpful if the Court could approve the list of claimants within a month of the date of this letter.

Of course, if there is any additional information that the Court needs in order to approve Poorman Douglas' determinations, the parties will work together to supply it.

Respectfully submitted,

*Lauren Young per J Ezler*

Lauren Young
Legal Director
Maryland Disability Law Center
1800 N. Charles Street, Suite 400
Baltimore, MD 21201
(410) 727-6352

The Honorable J. Frederick Motz
The Honorable Susan K. Gauvey
August 17, 2007
Page 3 of 3

---

*Erin Meehan Richmond per JGoslee*

Erin Meehan Richmond
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Housing and Civil Enforcement Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
(202) 307-0385

*Jannai Goslee*

Jannai Goslee
General Counsel
Housing Authority of Baltimore City
Office of Legal Affairs
417 E. Fayette Street, Suite 1210
Baltimore, MD 21202
(410) 396-6996


Enclosures