IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RICKEY D. BAILEY, et. al., | * | |
| Plaintiffs, | * | |
| v. | * | JFM-02-CV-225 |
| HOUSING AUTHORITY OF BALTIMORE CITY, | * | |
| | * | |
| Defendant, | * | |

\* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | JFM-04-CV-03107 |
| Plaintiff, | | |
| v. | * | |
| HOUSING AUTHORITY OF BALTIMORE CITY | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \*

**JOINT STATUS REPORT REGARDING THE CONTINUING EFFECT OF AND COMPLIANCE WITH THE CONSENT DECREE**

The parties in the above-captioned case, through their counsel, submit this Joint Status Report regarding the Continuing Effect of and Compliance with the Consent Decree, and state as follows:

1. The Consent Decree was entered by the Honorable Judge Frederick Motz on December 20, 2004.

1

2. The Consent Decree specifies that certain provisions "shall remain in effect for ten (10 years) from the effective date of this Decree, or until these provisions have been implemented, whichever is later."

3. The Consent Decree remains in effect beyond December 20, 2014, as HABC will not have completed all its obligations by December 20, 2014, and not all the terms of the Consent Decree will have been implemented by December 20, 2014.

4. The parties are negotiating in good faith on a plan to ensure that HABC completes all the terms in the Consent Decree. The parties will report to the Court on or before January 30, 2015, on the status of the plan.

5. The parties shall continue their on-going compliance-review process related to HABC's October 2014 Compliance Report; specifically, Plaintiffs will provide their comments and the parties shall meet to negotiate or discuss compliance issues as has been the parties' custom and practice.

6. The parties agree that HABC has the duty to provide a Compliance Report every six months, in the format that it has created for this purpose (and as reflected in its October 2014 Compliance Report), until the obligations of the Consent Decree have been satisfied, and that the parties' future plan will memorialize this duty.  The parties will continue to meet to discuss the bi-annual Compliance Reports upon request of the Plaintiffs.

Respectfully submitted,

*For the Plaintiff United States*

| | |
|---|---|
| ROD J. ROSENSTEIN<br>United States Attorney<br>District of Maryland | VANITA GUPTA<br>Acting Assistant Attorney General<br>Civil Rights Division |

_____/s/_____
STEVEN H. ROSENBAUM
Chief, Housing Section
SHINA MAJEED
Deputy Chief
BETH PEPPER
Trial Attorney
United States Department of Justice
Housing and Civil Enforcement Section
950 Pennsylvania Avenue, N.W.
Northwestern Building, 7th Floor
Washington, DC 20530
Tel: (202) 305-0916
Fax: (202) 514-1116
Beth.Pepper@usdoj.gov

*For Plaintiffs Rickey Bailey et. al.*

_____/s/_____
LAUREN YOUNG
LUCIENE M. PARSLEY
DAVID PRATER
MARYLAND DISABILITY LAW CENTER
1500 Union Avenue Suite 2000
Baltimore, Maryland 21211
Tel: (410) 727-6352
Fax: (410)727-6389
LaurenY@mdlclaw.org

*For Defendant Housing Authority of Baltimore City*

_____/s/_____
JANNA C. GOSLEE
General Counsel
Office of Legal Affairs
417 E. Fayette Street Suite 1210
Baltimore, MD 21202
Tel.: 410-396-3345
Fax:  410-545-7503
Jan.Goslee@habc.org