IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RICKEY D. BAILEY, et. al., | * | |
| Plaintiffs, | * | |
| v. | * | JFM-02-CV-225 |
| HOUSING AUTHORITY OF BALTIMORE CITY, | * | |
| | * | |
| Defendant, | * | |
| * * * * * * * * | | |
| UNITED STATES OF AMERICA, | * | |
| | * | JFM-04-CV-03107 |
| Plaintiff, | | |
| v. | * | |
| HOUSING AUTHORITY OF BALTIMORE CITY | * | |
| | * | |
| Defendant. | | |
| * * * * * * * * | | |

## JOINT STATUS REPORT DATED JANUARY 28, 2015

The parties in the above-captioned case, through their counsel, submit this Joint Status Report Dated January 28, 2015, regarding the Continuing Effect of and Compliance with the Consent Decree, and state as follows:

1. On or about December 18, 2014, the parties submitted to the Court a Joint Status Report Regarding the Continuing Effect of and Compliance with the Consent Order (hereinafter

"December 2014 Report"). ECF 51, case 1:02-cv-00225; ECF 11, case 1:04-cv-03107. The parties incorporate by reference the items specified in their December 2014 Report.

2. The Consent Decree was entered by the Honorable Judge Frederick Motz on December 20, 2004, in the above captioned case.

3. The Consent Decree specifies that certain provisions "shall remain in effect for ten (10) years) from the effective date of this Decree, or until these provisions have been implemented, whichever is later."

4. The Consent Decree remains in effect beyond December 20, 2014, as HABC had not completed all its obligations by December 20, 2014, and not all the terms of the Consent Decree had been implemented by December 20, 2014.

5. The parties are negotiating in good faith on a plan to ensure that HABC completes all the terms in the Consent Decree. To this end, the parties met on January 22, 2015. The parties have scheduled meetings for February 19, and February 23, 2015. The parties will report to the Court on or before March 2, 2015, on the status of a plan.

6. The parties are continuing their on-going compliance-review process related to HABC's October 2014 Compliance Report. The parties are scheduling meetings for March 2015 to discuss and review issues related to the report.

7. The parties agree that HABC has the duty to provide a Compliance Report every six months, in the format that it has created for this purpose, as reflected in its October 2014 Compliance Report, until the obligations of the Consent Decree have been satisfied, and that the

parties' future plan will memorialize this duty.  The parties will continue to meet to discuss the bi-annual Compliance Reports upon request of the Plaintiffs.

**Dated**:  January 28, 2015                                      Respectfully submitted,

*For the Plaintiff United States*

ROD J. ROSENSTEIN                                          VANITA GUPTA
United States Attorney                                          Acting Assistant Attorney General
District of Maryland                                              Civil Rights Division

                                                                                                                                                                     /s/
                                                                                                                 STEVEN H. ROSENBAUM
Chief, Housing Section
SHINA MAJEED
Deputy Chief
BETH PEPPER
Trial Attorney
United States Department of Justice
Housing and Civil Enforcement Section
950 Pennsylvania Avenue, N.W.
Northwestern Building, 7th Floor
Washington, DC 20530
Tel: (202) 305-0916
Fax: (202) 514-1116
Beth.Pepper@usdoj.gov

*For Plaintiffs Rickey Bailey et. al.*                          _____/s/_____
LAUREN YOUNG
LUCIENE M. PARSLEY
DAVID PRATER
MARYLAND DISABILITY LAW CENTER
1500 Union Avenue Suite 2000
Baltimore, Maryland 21211
Tel: (410) 727-6352
Fax: (410)727-6389
LaurenY@mdlclaw.org

| | |
|---|---|
| *For Defendant Housing Authority*<br>*of Baltimore City* | _____/s/_____<br>JANNA C. GOSLEE<br>General Counsel<br>Office of Legal Affairs<br>417 E. Fayette Street Suite 1210<br>Baltimore, MD 21202<br>Tel.: 410-396-3345<br>Fax:  410-545-7503<br>Jan.Goslee@habc.org |